**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**James Edward BYRD, Jr.,**
**Defendant–Appellant.**

**No. 15–7671.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 22, 2015.

James Edward Byrd, Jr., Appellant Pro Se.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

James Byrd, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 to the *U.S. Sentencing* Guidelines Manual. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Byrd,* No. 3:01–cr–00178–MOC–1 (W.D.N.C. Aug. 26, 2015). We also deny Byrd's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*